JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBYN SHAKIR,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA, CITY OF LOS ANGELES, and DOES 1 to 10,<br><br>  Defendants. | Case No. 2:21-cv-09066-AS<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION OF DISMISSAL |

The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendant, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

  IT IS SO ORDERED.

Dated: October 17, 2022          / s / Sagar
                  HONORABLE ALKA SAGAR
                  United States Magistrate Judge